

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00034-CV

Ricardo **GARZA** and Martha Garza, individually and as next friends of R.G. Jr. and J.G., minors,
Appellants

v.

**DAIMLER TRUCKS NORTH AMERICA, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI07361
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed: March 4, 2020

DISMISSED

    Appellants filed a motion to dismiss this appeal. Appellants' motion to dismiss the appeal

is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f).

                                        PER CURIAM